## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **04**CR **1 0 1 3 1** WGY |
| | ) |
| | ) **CRIMINAL NO.** |
| **v.** | ) |
| | ) **VIOLATIONS:** |
| **JUAN PLEITEZ-MARTINEZ** | ) **8 U.S.C. § 1326** |
| | ) **Unlawful Re-entry of** |
| | ) **Deported Alien** |

## INDICTMENT

**COUNT ONE:**      (8 U.S.C. § 1326–Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about April 4, 2004, at Somerville, in the District of Massachusetts,

### JUAN PLEITEZ-MARTINEZ,

defendant herein, being an alien and having been excluded, removed and deported from the

United States, was found in the United States without having received the express consent of

the United States Attorney General prior to March 1, 2003, or the express consent of the

Secretary of the Department of Homeland Security since that date, to reapply for admission to

the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b) and Title 6,

United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*

FOREPERSON OF THE GRAND JURY

*[signature]*

TIMOTHY Q. FEELEY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 28, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*

DEPUTY CLERK  12:30 pm