# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  [ ] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____  FOR _____  AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **JUAN PLEITEZ-MARTINEZ**

1. [ ] Defendant—Adult
2. [ ] Defendant - Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other

DOCKET NUMBERS
Magistrate: _____
District Court: **04-10131-WGY**
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  [ ] Felony  [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? [ ] Yes  [✓] No  [ ] Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? [ ] Yes  [✓] No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [✓] No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ _____   SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? [ ] Yes  [✓] No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [✓] No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: [✓] SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: **7**
List persons you actually support and your relationship to them: **Ercillia Loves (wife), 6 children (4 disabled)**

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: $250 – rent, $125 – food

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **4-29-04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Juan Pleites**