AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JUAN PLEITEZ-MARTINEZ

**WARRANT FOR ARREST**

CASE NUMBER: 04CR10131WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JUAN PLEITEZ-MARTINEZ___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

unlawful reentry of deported alien

in violation of Title ___ United States Code, Section(s) 1326

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

4-28-04 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ICE___ WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/29/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.