UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

　　　　　　V.　　　　　　　　　　　　　　　　　　**CRIMINAL**
　　　　　　　　　　　　　　　　　　　　　　　　　NO. 04-10131 -WGY

**JUAN PLEITEZ-MARTINEZ**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

　　The above named defendant(s) having been arraigned on **4/29/04** before **DEIN, MJ**, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.　The government shall provide automatic discovery by **5/27/04** See L.R.116.1(C).

B.　The defendant shall provide automatic discovery by **5/27/04**. See LR 116.1(D).

C.　Any discovery request letters shall be sent and filed by **6/10/04**. See LR 116.3 (A) and (H).

D.　Any responses to discovery request letters shall be sent and filed by **6/24/04**. See LR 116.3(A).

E.　An initial status conference in accordance with LR 116.5 will be held on **JUNE 9, 2004** at **2:00** p.m. in Courtroom No. **18** on the **5** floor.

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

5/12/04　　　　　　　　　　　　　　　　　　　/s/ Elizabeth Smith
　　Date　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Crinsch1.wp - 11/24/98)