UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.           ) | CRIMINAL NO. 04-10131-WGY |
| ) | |
| JUAN PLEITEZ-MARTINEZ    ) | |

GOVERNMENT'S MOTION FOR ACCEPTANCE OF
RESPONSIBILITY CREDIT UNDER U.S.S.G. §3E1.1(B)

The government hereby moves, pursuant to U.S.S.G. §3E1.1(b), Application Note 6 (as amended effective April 30, 2003), to decrease defendant's base offense level by one additional level. As grounds therefor, the government states that defendant meets the criteria for further acceptance of responsibility credit, as he timely notified authorities of his intention to enter a plea of guilty.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

November 23, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an

envelope bearing sufficient postage for delivery:

> Thomas J. Ford, Esq.
> 141 Tremont Street
> Boston, MA 02111

This 23rd day of July 2004.

> /s/ Timothy Q. Feeley
> TIMOTHY Q. FEELEY
> ASSISTANT UNITED STATES ATTORNEY