UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET 04-10131-WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JUAN PLEITEZ-MARTINEZ | ) |
| | ) |

ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the defendant, Juan Pleitez Martinez, and moves this Honorable Court to continue the sentencing presently scheduled for December 21, 2004, for the following good and sufficient reasons:

1. That defendant's counsel believes that there is substantial information regarding severe handicaps and disabilities of the defendant's family in El Salvador.

2. That the defendant's attorney intends to file a Motion for a Downward Departure based on the information referred to in Number 1.

3. That Juan Pleitez Martinez does not speak English and, accordingly, communicating with him through an interpreter takes additional time.

4. That most of the documentation substantiating a downward departure will be coming from medical personnel El Salvador, accordingly this information will be slow in getting to defendant's counsel.

5. That A.U.S.A. Timothy Feeley assents to this motion.

Wherefore in the interest of justice, the defendant requests that this Court continue the

sentencing until March of 2005.

                                                  Respectfully submitted,
By his attorney


_____

Thomas J. Ford
141 Tremont Street
Suite 400
Boston, MA 02111
(617) 542-6082
BBO No. 174640


/s Thomas J. Ford

cc: Juan Pleitez-Martinez