UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET 04-10131

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JUAN PLEITEZ-MARTINEZ | ) |
| | ) |

MOTION FOR DOWNWARD DEPARTURE

Now comes the defendant, Juan Pleitez-Martinez, and moves this Honorable Court to depart from the guidelines set forth in the Presentence Report for the following good and sufficient reasons:

**BACKGROUND**

Juan Pleitez-Martinez advises that his family lived in the outskirts of Metapan (which is a village within Santa Ana, El Salvador) throughout his childhood. He states that his family was very poor and that his mother received support from charities to care for the children. He explains that his father was a farmer, growing corn and beans, and that his mother helped clean the crops when they were picked. He states that his parents also kept chickens for income.

Pleitez-Martinez reports that he worked beside his father in the fields and did not attend school as a child. He says that at one point in time a teacher came to the fields and tutored children, where he learned to read and write. He believes that he reads at a third grade level at this point.

The defendant advises that his family did not have enough food and clothing, and often ate only one meal per day.

Pleitez-Martinez reports that he married Ercilia Lones in El Salvador in 1980. The couple's first child was born that same year, a son named Juan Carlos. The couple has five other children: Nora, age 21; Samuel, age 19; Felix Antonio, age 14; Blanca, age 16; and Lilibeth, age 5. The defendant states that his first four children are severely mentally handicapped, and that Blanca suffers from extreme anemia and malnutrition. (See hereto attached Exhibit I and II.) The defendant says his son Samuel suffers from epilepsy and was taking medication until the defendant was arrested for the instant offense (because the family cannot afford to pay for the medication).

Pleitez-Martinez explains that he came to the Unites States in 1993, through San Diego, and sent money home for medical expenses and necessities. He advises that the American dollar used to be accepted in El Salvador, and its value was greater than the local currency, the Colones. He states that his family is able to purchase much less with the Colones and that goods have doubled in price since the conversion. He advises that he had no choice but to return to the Unites States after the previous deportation since his family is suffering greatly. He says that he returned in 2002, through Los Angeles, and paid someone to bring him to Boston. He says that he had to work in the United States in order to send money home to support his family. Pleitez-Martinez became very emotional when detailing how his son Samuel is not able to take medication for his seizures due to the defendant being incarcerated and his inability to send money to El Salvador. It is noted that the defendant provided the Probation Office with a letter confirming the information provided by the defendant regarding his children's health

problems. This letter is written in Spanish and was read to the Probation Officer by the Spanish/English Interpreter at the time of the presentence interview. The letter was stamped with the following:

>   Dr. Osmin Elisee Luna Mayen
>
>   DOCTOR EN MEDICINA
>
>   J.V.P.M. 6304

### ARGUMENTS

The defendant has attached hereto correspondence, each of them certified and translated from Spanish to English, from the appropriate medical personnel in El Salvador supporting the allegations set forth in the background information.

Wherefore the defendant maintains that the extreme hardship of the mental and physical incapacity of his family members caused him to come to the United States for their benefit and not his.

Wherefore the defendant prays that the Court impose a reasonable sentence of time served and return the defendant to his native country (of El Salvador) so that he may continue to support his family, both financially and emotionally.

Respectfully submitted,
By his attorney

Thomas J. Ford
141 Tremont Street
Suite 400
Boston, MA 02111
(617) 542-6082
BBO No. 174640

## CERTIFICATE OF SERVICE

I, Thomas J. Ford, hereby certify that I have mailed, postage pre-paid, a copy of the Motion for Downward Departure to Timothy Feely and Probation Officer Kelly Foster on this 1st day of March, 2005.

3/1/05
Date

Thomas J. Ford