**THE COURT:** Mr. Juan Pleitez-Martinez, in consideration of the factors governing sentencing under the laws of the United States, Section 3553, the information from the United States Attorney, your attorney, the probation officer and yourself, this Court sentences you to 45 months, three years, nine months, in the custody of the United States Attorney General, imposes upon you no fine due to your inability to pay a fine, imposes upon you a $100 special assessment as required by law, and three years of supervised release following your release from imprisonment.

During the period of your supervised release you are prohibited from possessing a firearm or other dangerous weapon, and if ordered deported you are to leave the United States, not to return without the prior permission of the Secretary of the Department of Homeland Security. You shall continue to use your true name and you are prohibited from the use of any alias or false identifiers.

Let me explain that sentence to you.

(Whereupon the Court and the Clerk conferred.)

**THE COURT:** I also require that you supply samples of your DNA as required by the law.

I do want to explain the sentence to you. I believe and accept that in returning to this nation you acted in large measure out of a belief that you were benefiting your children. It, nevertheless, is the case

1   that the people of this country have the right to protect
2   their borders from those who enter illegally.  And you
3   violated the law.
4          Were that all, I would consider a lower sentence so
5   that you could return to El Salvador sooner.  But that is
6   not all.  You returned to this nation after conviction of a
7   crime of violence and while here you engaged in criminal
8   conduct.  I do not believe you when you say that if I give
9   you a lower sentence you will never return.  Instead, I
10  believe that this appropriate sentence, which is not as long
11  as I could impose upon you, is fair, just, and reasonable.
12         You will have credit toward the service of this
13  sentence for each day that you have spent in custody since
14  April 29th, 2004.
15         I advise you, you can appeal from any findings or
16  rulings that this Court has made against you, and should you
17  appeal and should your appeal be successful in whole or in
18  part you will be resentenced by another judge of this Court.
19         That's the sentence of the Court.  We'll recess.
20         **THE CLERK:**  All rise.  Court is in recess.
21         (Whereupon the matter concluded.)