UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                    Docket No. CR04131WGY

JUAN PLEITEZ MARTINES

## Notice of Appeal

Notice is hereby given that the defendant in the above case

I. The defendant, JUAN PLEITEZ MARTINES would like to appeal my sentence that was giving to me in that court on march 8, 05. 46 months for Reentry

Respectfully submitted.

x Juan Pleitez
(Signature)

Dated x03-29-05