United States District Court
District of Massachusetts

United States District Court
District of Mass
Clerks Office
2005 MAR 29 P 3:42

United States __District__ COURT
DOCKET NO. CR10131 WGY

United States of America )
)
)
v. )
)
Juan Pleitez Martines )
)

## MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

Now comes the defendant, Juan Pleitez Martines, pro se, who respectfully moves the Court to appoint appellate counsel in the above case.

In support of this motion defendant states that he is indigent and without the means to retain and attorney and without the ability to adequately represent himself. Defendant attaches an Affidavit of Indigency and incorporates it by reference herein.

Respectfully submitted,

Date: x03-24-05

x Juan Pleitez
(Signature)
Juan Martines, pro se
(Printed name)
Booking #_____
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360