# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10131

United States of America

v.

Juan Pleitez Martines

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/29/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 5, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/5/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, INTERP, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10131-WGY-ALL

Case title: USA v. Pleitez-Martinez      Date Filed: 04/28/2004

Assigned to: Chief Judge
William G. Young
Referred to: Magistrate Judge
Judith G. Dein

**Defendant**

| | | |
|---|---|---|
| **Juan Pleitez-Martinez** (1)<br>*TERMINATED: 03/09/2005* | represented by | **Thomas J. Ford**<br>141 Tremont Street<br>Suite 400<br>Boston, MA 02111<br>617-542-6082<br>Email:<br>TFordAttorney@hotmail.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED*<br>*Designation: CJA*<br>*Appointment* |

**Pending Counts**                          **Disposition**

                                            The defendant is committed
                                            to the custody of the BOP for
                                            45 months to be followed by
                                            a term of Supervised Release
8:1326 Unlawful REENTRY                     of 3 years. If ordered
OF DEPORTED ALIENS                          deported the defendant must

(1) leave the US and not return without the prior permission of the Secretary of homeland Security. No fine. Special Assessment of $100

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA            represented by   **Timothy Q. Feeley**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-9354
Email: timothy.feeley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2004 | 1 | INDICTMENT as to Juan Pleitez-Martinez (1) count(s) 1. (Gawlik, Cathy) (Entered: 04/28/2004) |
| 04/28/2004 | | Arrest Warrant Issued as to Juan Pleitez-Martinez. (Gawlik, Cathy) (Entered: 04/28/2004) |
| 04/28/2004 | | Judge William G. Young : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: arraignment and bail ONLY as to Juan Pleitez-Martinez (Gawlik, Cathy) (Entered: 04/28/2004) |
| 04/29/2004 | | Attorney update in case as to Juan Pleitez-Martinez. Attorney Thomas J. Ford for Juan Pleitez-Martinez added. (Quinn, Thomas) (Entered: 04/29/2004) |
| 04/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Juan Pleitez-Martinez (1) Count 1 held on 4/29/2004; Spanish Interpreter Haddad; AUSA Feeley and Attorney Ford for the dft.; Dft. requests counsel and USMJ Dein appoints counsel; the Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 5/4/04 @ 3:15pm.Dft. pleads not guilty and will proceed with automatic discovery. 1st status conference will be set by the district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/29/2004) |
| 04/29/2004 | 2 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Juan Pleitez-Martinez (Quinn, Thomas) (Entered: 05/03/2004) |
| 04/29/2004 | 3 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Juan Pleitez-Martinez Time excluded from 4/29/04 until 5/27/04. (Quinn, |

| | | |
|---|---|---|
| | | Thomas) (Entered: 05/03/2004) |
| 04/29/2004 | 4 | CJA 23 Financial Affidavit by Juan Pleitez-Martinez (Quinn, Thomas) (Entered: 05/05/2004) |
| 05/05/2004 | 5 | Judge Judith G. Dein : ORDER entered (Quinn, Thomas) (Entered: 05/05/2004) |
| 05/05/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Juan Pleitez-Martinez waived on 5/5/2004; Interpreter Haddad; AUSA Feeley and Attorney Ford for the dft.; dft consents to order of detention. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/05/2004) |
| 05/05/2004 | 6 | Judge Judith G. Dein : ORDER entered ORDER OF DETENTION as to Juan Pleitez-Martinez (Quinn, Thomas) (Entered: 05/05/2004) |
| 05/10/2004 | 7 | Arrest Warrant Returned Executed on 4/29/04. as to Juan Pleitez-Martinez. (Bell, Marie) (Entered: 05/11/2004) |
| 05/12/2004 | 8 | NOTICE OF HEARING as to Juan Pleitez-Martinez Initial Scheduling Conference set for 6/9/2004 02:00 PM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/12/2004) |
| 06/09/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Juan Pleitez-Martinez held on 6/9/2004 STATUS Conference set for 7/21/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Jury Trial set for 9/27/2004 09:00 AM before Chief Judge William G. Young. The court orders the time between 6/9/04 and 9/27/04 excluded in the interest of justice.(Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 06/10/2004) |
| 06/09/2004 | 9 | Judge William G. Young : ORDER entered ORAL ORDER ON EXCLUDABLE DELAY as to Juan |

| | | |
|---|---|---|
| | | Pleitez-Martinez Time excluded from 6/9/04 until 9/27/04. (Smith, Bonnie) (Entered: 06/10/2004) |
| 07/26/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Status Conference as to Juan Pleitez-Martinez held on 7/26/2004 Change of Plea Hearing set for 9/22/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Donald Womack.) (Bell, Marie) (Entered: 07/27/2004) |
| 09/22/2004 | 10 | PLEA AGREEMENT as to Juan Pleitez-Martinez (Smith, Bonnie) (Entered: 09/23/2004) |
| 09/22/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to Juan Pleitez-Martinez held on 9/22/2004, Interpreter Haddad Sworn. Defendnat Sworn. Plea agreement filed. Court conducts plea colloquy with the defendant. After hearing the court accept plea of guilty to Count 1 of the indictment. Procedural order re: sentencing issued. Plea entered by Juan Pleitez-Martinez (1) Guilty Count 1. Sentencing set for 12/21/04 at 2PM (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 09/23/2004) |
| 09/22/2004 | 11 | Judge William G. Young : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Juan Pleitez-Martinez Sentencing set for 12/21/2004 02:00 PM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/23/2004) |
| 11/23/2004 | 12 | GOVERNMENT'S CERTIFICATION of Timely Acceptance of Responsibility as to Juan Pleitez-Martinez (Feeley, Timothy) (Entered: 11/23/2004) |
| 12/03/2004 | 13 | Assented to MOTION to Continue *Sentencing* as to Juan Pleitez-Martinez. (Ford, Thomas) (Entered: 12/03/2004) |
| 12/06/2004 | | Judge William G. Young :ELECTRONIC ORDER |

| | | |
|---|---|---|
| | | entered as to Juan Pleitez-Martinez re 13 Assented to MOTION to Continue *Sentencing* filed by Juan Pleitez-Martinez GRANTED Sentencing reset for 3/8/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 12/06/2004) |
| 03/03/2005 | 14 | MOTION for Downward Departure as to Juan Pleitez-Martinez. c/s. (Bell, Marie) (Entered: 03/04/2005) |
| 03/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 3/8/2005 for Juan Pleitez-Martinez (1), Count(s) 1, The Court announces the Advisory Guideline calculations. After the hearing the Court imposes sentence as follows: The defendant is committed to the custody of the BOP for 45 months to be followed by a term of Supervised Release of 3 years. If ordered deported the defendant must leave the US and not return without the prior permission of the Secretary of Homeland Security. No fine. Special Assessment of $100. The defendant is notified of the right to appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/09/2005) |
| 03/09/2005 | 15 | Judge William G. Young : ORDER entered. JUDGMENT as to Juan Pleitez-Martinez (1), Count(s) 1, The defendant is committed to the custody of the BOP for 45 months to be followed by a term of Supervised Release of 3 years. If ordered deported the defendant must leave the US and not return without the prior permission of the Secretary of Homeland Security. No fine. Special Assessment of $100 (Smith, Bonnie) (Entered: 03/09/2005) |
| 03/09/2005 | 16 | Judge William G. Young : ORDER entered. STATEMENT OF REASONS as to Juan Pleitez-Martinez (Attachments: # 1 Transcript) (Smith, |

| | | |
|---|---|---|
| | | Bonnie) (Entered: 03/09/2005) |
| 03/29/2005 | 17 | NOTICE OF APPEAL by Juan Pleitez-Martinez re 15 Judgment, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/18/2005. cc/cl.(Bell, Marie) (Entered: 03/30/2005) |
| 03/29/2005 | 18 | MOTION to Appoint Appellate Counsel as to Juan Pleitez-Martinez. (Bell, Marie) (Entered: 03/30/2005) |
| 03/29/2005 | 19 | AFFIDAVIT of Indigency and Request for Waiver, Substitution or State Payment of Fees and costs of Juan Pleitez-Martines by Juan Pleitez-Martinez (Bell, Marie) (Entered: 03/30/2005) |