# United States Court of Appeals
## For the First Circuit

No. 05-1501

UNITED STATES,

Appellee,

v.

JUAN PLEITEZ-MARTINEZ,

Defendant-Appellant.

*June 24, 2005,*

*This Court extends the time for filing a notice of appeal so that this appeal may be timely filed.*

*William G. Young*
*Chief Judge*
*U.S.D.C.*

### ORDER OF COURT

**Entered: April 8, 2005**

    Upon review of the record in this case, it appears that this court may not have jurisdiction to consider the appeal, because the notice of appeal filed in CR No. 04-10131 (D. Mass.) on March 29, 2004, from the sentence that entered on March 9, 2005, is late. Fed. R. App. P. 4(b) (notice of appeal in criminal case must be filed within ten days of judgment or order appealed from).

    The notice of appeal, however, was filed within the thirty days immediately following that ten-day period. See Fed. R. App. P. 4(b). The district court, upon a showing of excusable neglect, may enlarge the time for filing a notice of appeal filed within that thirty-day period. Accordingly, we transmit the notice of appeal to the district court for a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed. Copies of the district court's decision shall be forwarded to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By:    LYNNE ALIX MORRISON
          Appeals Attorney

*CERTIFIED COPY*
*I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.*
*FIRST CIRCUIT COURT OF APPEALS*
*BOSTON, MA*
*Date:*

[Certified Copy: Hon. William G. Young, and Sarah A. Thornton, Clerk of Court]

[Timothy Q. Feeley, AUSA, Thomas J. Ford, Esq., Juan Pleitez-Martinez, Defendant-Appellant ]