04- 10131
USDC - MA-BO
J. Young

# United States Court of Appeals
## For the First Circuit

No. 05-1501

MANDATE

UNITED STATES,

Appellee,

v.

JUAN PLEITEZ-MARTINEZ,

Defendant, Appellant.

---

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: November 9, 2005

The judgment and sentence are summarily affirmed. See United States v. Gomez-Estrada, 273 F.3d 400, 402 (1st Cir. 2001) (holding that "Apprendi neither overruled Almendarez-Torres nor limited Almendarez-Torres to cases in which a defendant admits a prior aggravated felony conviction on the record"); United States v. Stearns, 387 F.3d 104, 107 (1st Cir. 2004) ("the Blakely decision does not encompass sentencing enhancements based upon 'the fact of [a] prior conviction,' which is not the type of circumstance which the Sixth Amendment mandates be determined by a jury, rather than the sentencing court").

By the Court:

Richard Cushing Donovan, Clerk.

Certified and issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By: __MARGARET CARTER__
Deputy Clerk                    Chief Deputy Clerk.

Date: 12/7/05

[cc: Timothy Q. Feeley, AUSA, Dina Michael Chaitowitz, AUSA, Stewart T. Graham, Esq. ]